# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Epifanio Torres, | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Commonwealth of Pennsylvania, | : | No. 567 F.R. 2016 |
| Respondent | : | |

## **O R D E R**

AND NOW, this 5th day of May, 2020, **IT IS HEREBY ORDERED** that the above-captioned opinion filed February 28, 2020, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge